IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01134-KLM

JIM FAYDENKO,
STEPHEN CONTI,
CHAD HIXON, and
ENYINNAYA OKWULEHIE,

     Plaintiffs,

  v.

VAIL RESORTS, INC., and
THE VAIL CORPORATION, doing business as Vail Resorts Management Company,

     Defendants.

## ENTRY OF APPEARANCE

Colin O'Brien of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters his appearance on behalf of Defendants Vail Resorts, Inc. and The Vail Corporation d/b/a Vail Resorts Management Company. The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that he is a member in good standing of the bar of this Court.

**Dated**:  May 12, 2020

Respectfully Submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Colin O'Brien*
    Colin O'Brien
    1144 Fifteenth Street, Suite 3100
    Denver, CO 80202-1370
    Telephone: (303) 863-1000
    Fax: (303) 832-0428
    Colin.obrien@arnoldporter.com
    *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Richard M. Hagstrom - rhagstrom@hjlawfirm.com
*Attorney for Plaintiffs*

                                                    */s/ Colin O'Brien by Tanya D. Huffaker*