**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| JIM FAYDENKO, STEPHEN CONTI, CHAD HIXON, and ENYINNAYA OKWULEHIE, | Civil Action No.: 1:20-CV-01134 |
| Plaintiffs, | |
| v. | |
| VAIL RESORTS, INC. and THE VAIL CORPORATION d/b/a VAIL RESORTS MANAGEMENT COMPANY, | |
| Defendants. | |

**NOTICE OF APPEARANCE OF COUNSEL**

Michael R. Cashman of the law firm Hellmuth & Johnson, PLLC, 8050 West 78th Street, Edina, Minnesota, 55439, hereby certifies that he is a member in good standing of the bar of this Court, and enters his appearance as counsel of record for Plaintiffs Jim Faydenko, Stephen Conti, Chad Hixon, and Enyinnaya Okwulehie.

Dated:  May 22, 2020

Respectfully Submitted,

HELLMUTH & JOHNSON, PLLC

By: /s/ Michael R. Cashman
    Michael R. Cashman (MN #206945)
    8050 West 78th Street
    Edina, Minnesota 55439
    Telephone: (952) 941-4005
    Facsimile: (952) 941-2337
    Email: mcashman@hjlawfirm.com

*Attorneys for Plaintiffs Jim Faydenko, Stephen Conti, Chad Hixon, and Enyinnaya Okwulehie*